AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Jose Luis Saavedra-Escamirosa

United States District Court
Southern District of Texas
FILED
AUG 0 4 2016
Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-16-1467-M

IAE YOB: 1989
the United Mexican States
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 3, 2016** in **Brooks** County, in the **Southern** District of **Texas**
(Track Statutory Language of Offense)

**being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Encino, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Jose Luis Saavedra-Escamirosa was encountered by Border Patrol Agents near Encino, Texas on August 3, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on August 1, 2016, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on July 22, 2016, through Eagle Pass, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On September 4, 2014, the defendant was convicted of Possession With Intent To Distribute Controlled Substance and sentenced to two (2) years confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

*approved by*
*AUST Krog?*

Sworn to before me and subscribed in my presence,

**August 4, 2016**

**Dena Hanovice Palermo** **U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Complainant
**Derek Conrow** **Senior Patrol Agent**

Signature of Judicial Officer